UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES,

    Plaintiff,

v.

JAMES TAYLOR,

    Defendant.
_____/

22-cr-20315
Paul D. Borman
United States District Judge

**ORDER STRIKING OVER-THE-PAGE-LIMIT MOTION TO DISMISS (ECF NO. 53)**

The Court strikes Defendant's Motion to Dismiss (ECF No. 53) because the 32-page document violates Local Court Rules 7.1 and 12.1 25-page limit.

The Motion also violates this Court's motion practice rule that requires a motion to include a table of contents, a table of authorities, and an index. These additional pages at the beginning of a motion are not counted in the 25-page limit, and should contain small roman numeral page numbers, e.g., (i), (ii), (iii).

SO ORDERED.

Dated: October 19, 2023

s/Paul D. Borman
Paul D. Borman
United States District Judge

1